**PRIVILEGED**
**KOHUTE, KEVIN J : 156767**
**Smith County Jail, TX**
Copy Printed on 07/07/2026 9:20 PM on Mail Scan Cart Central

Plaintiff's Name Kevin Kohute #156767
Prisoner No. 156767
Institution 206 E Elm Street
Tyler, Tx, 75702

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Kohute #156767<br>*(Enter your full name)*<br>v.<br>[redacted]<br>Bureau of Indian affairs<br>*(Enter the full name(s) of all defendants in this action)* | Case No. ____<br>*(Provided by the Clerk upon filing)*<br><br>COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983 |

**I. Exhaustion of Administrative Remedies.**
*You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement ____

B. Is there a grievance procedure in this institution? ☐ YES ☑ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☐ YES ☑ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: ____

2. First formal level: ____

**PRIVILEGED**
**KOHUTE, KEVIN J : 156767**
**Smith County Jail, TX**
Copy Printed on 07/09/2026 9:15 PM on Mail Scan Cart Central

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:
TDCJ officer becker Agrees to Ankle
Monitor on TDCJ Old inmate for
Board of Parole & Pardons at
1391 Fm 3328, Tennessee Colony, Tx 75880
To Agree To GEO Center rehabilatation center
either in Beaumont Tx or sent. To
ben reeves rehab in Houston Texas
with Ankle monitor on and a 50 dollars
Pay check from Parole Board to New
Parole Agent. Case Management
ATTorney refferal 512-406-5250
2495 Gulf Street
Beamont, Tx 77703
GEO Center rehab

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.
JU-130 Apache Indian Trabe Application
for Visa I-129 form for INS
for us conselate
Title 8 usc 1104 Classification
1-HB Classification
I want to marry a Tyler Tx Japanese
immagrant Happy feet Massage Parlor Cashier
visa Deportation letter I-213 Green Card
and a Texas Work visa passport for
her and tell her the Court Can Grant
full citazenship

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**PRIVILEGED**

**KOHUTE, KEVIN J : 156767**

**Smith County Jail, TX**

Copy Printed on 07/09/2026 9:15 PM on Mail Scan Cart Central

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

in state compact parole packet folled out
interstate compact packets.
prison release packets PSi
in 14 months
26 months before MHMR hospital test
Call Parole Agent office
attorney reffered to rehab
with Ankle Monitor for 180 days
UA tests weekly
I-129 form for 8 usc 1101 for H-1B work visa
[illegible] deportation I-213 record
for [illegible] Massage parlor cashier
[illegible] Vietnamese with no immigration work
visa Green papers & I.N.S, INA
Title 8 usc 1104 us consulate
Bureau of Indian Affairs deportation records
I-213 forms, U-130 form Apache Tribe
office Phoenix Arizona
foreign exchange student office

07/11/26
(Date)

[signature]
(Signature of Plaintiff)

Please Send me a
42 usc 1983
Prisoner petition
informal Pauperis Application
To my Jail cell
Please file Marriage Certificate
I-129 work visa Application
For Japanese lady Consent
for me biening Apache Indian
Card from Bureau of Indian
Affairs JV-130 Form